# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145273

STEPHANIE L. HAMMONDS,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145273
AGC: DP-015-10

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. Pursuant to Rule 19, Section 3(c), of the Rules Concerning the State Bar of Michigan, the Attorney Grievance Commission is entitled to a copy of the report in question.

HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012 _____

_____
Clerk

p0917